★FILED★

RECEIVED

2017 OCT -2 PM 9:44

OCT 0 4 2017

CLERK
U.S. DISTRICT COURT
AFTER HOURS DROP BOX

EDNY PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

STEVEN GEORGILIS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

THE LAW OFFICES OF AVRUM J ROSEN PLLC, FRED S KANTROW individually,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. CV17 5825

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

AZRACK, J.

LOCKE, M. J.

See Below -

ALLAN B. MENDELSOHN INDIVIDUALLY,
THE LAW OFFICES OF
DENNIS J. OSULLIVAN, P.C.;
DENNIS J. OSULLIVAN
INDIVIDUALLY.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 0 4 2017 ★

LONG ISLAND OFFICE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Steven Georgilis_
Street Address _27-40 HOYT AVE SOUTH APT 6D_
City and County _ASTORIA QUEENS_
State and Zip Code _NEW YORK 11102_
Telephone Number _347-267-0095_
E-mail Address _SPARTAN54@GMAIL.COM_

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name _THE LAW OFFICE OF AVRUM J. ROSEN, PLLC_
Job or Title
(if known)
Street Address _38 NEW STREET_
City and County _HUNTINGTON - SUFFOLK_
State and Zip Code _NEW YORK 11743_
Telephone Number _631-423-8527_
E-mail Address _FSKANTROW@GMAIL.COM_
(if known)

Defendant No. 2
Name _FRED S KANTROW ESQ._
Job or Title _ATTORNEY, PARTNER_
(if known)
Street Address _38 NEW STREET_
City and County _HUNTINGTON SUFFOLK_

State and Zip Code _NEW YORK 11743_

Telephone Number _631-423-8527_

E-mail Address _FSKANTROW@GMAIL.COM_
(if known)

Defendant No. 3

Name _ALLAN B MENDELSOHN ESQ_

Job or Title _ATTORNEY_
(if known)

Street Address _38 New STREET_

City and County _HUNTINGTON NY 11741-Suffolk_

State and Zip Code _NY 11743_

Telephone Number _631-923-1625_

E-mail Address _____
(if known)

Defendant No. 4

Name _THE LAW OFFICE OF DENNIS J. O'SULLIVAN PC_

Job or Title _____
(if known)

Street Address _210-13 35 AVE_

City and County _BAYSIDE QUEENS_

State and Zip Code _NEW YORK 11361_

Telephone Number _718-352-7600_

E-mail Address _DREIFNE@live.com_
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

Defendant No. 5

Name — DENNIS J. O SULLIVAN ESQ
ATTORNEY PARTNER

Job or Title
(if known)

Street Address — 210-13 35 AVE

City and County — BAYSIDE QUEENS

State and Zip Code — NEW YORK

Telephone Number — 718-352-7600

E-mail Address — brciFNE@live.com
(if known)

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)



What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC Code § 1985-(7) conspiracy to interfere with Civil Right, 11 USC chapter 7 and chapter 13 violations, Violations of FRCP 11, FILING FALSE AFFIRMATIONS & Committing PERJURY - BASES on FILINGS in court & AFFIRMATION

B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* STEVEN GEORGE is a citizen of the State of *(name)* NEW YORK .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

a.     If the defendant is an individual

The defendant, *(name)* FRED S. KANTROW, is a citizen of
the State of *(name)* NEW YORK        *Or* is a citizen of
*(foreign nation)* _____.

b.     If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)*. _____.



The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* ALLAN B MENDELSOHN is a citizen of
the State of *(name)* NEW YORK . *Or* is a citizen of
*(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)*. _____.



a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* LAW OFFICE OF Dennis J Osullivan PC IS incorporated under the laws of the State of *(name)* NEW YORK, and has its principal place of business in the State of *(name)* NEW YORK. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)*. _____.



The Defendant(s)

a.  If the defendant is an individual

The defendant, *(name)* DENNIS J. O.SULLIVAN is a citizen of
the State of *(name)* N. E. W. YORK. *Or* is a citizen of
*(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.



b.   If the defendant is a corporation

The defendant, *(name)* LAW OFFICES OF AVRUM ROSEN PLLC
incorporated under the laws of the State of *(name)*
NEW YORK , and has its principal place of
business in the State of *(name)* NEW YORK . *Or is*
incorporated under the laws of *(foreign nation)*
_____ , and has its principal place of
business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

$30.500,000. (THIRTY MILLION, Five Hundred thousand)
DEFENDANT, CONSPIRED an violated my civil Right, FILED
AFFIRMATIon the were FAlse, knowingly willingly and maliciously
VIOLATED my Right As APARty in interest, and a
CREDitor in the case

**III.   Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

See PAgs 10-16
Attached -

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

see PAGES - 16-17
Attched

V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/2 , 2017

Signature of Plaintiff

Printed Name of Plaintiff      Steven Georgilis

Statement of claims

42 U.S. Code § 1985 - Conspiracy to interfere with civil rights

**(2)OBSTRUCTING JUSTICE; INTIMIDATING PARTY, WITNESS, OR JUROR**
If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws

Claim 1.

Obstruction of justice 42 U.S. Code § 1985 (2)- Conspiracy to interfere with civil rights.

1. On or about  13 December 2014, Shenaz GEORGILIS filed a chapter seven case with eastern district of New York Islip division.
2. Dennis J O'Sullivan, the owner of the law offices of Dennis J O'Sullivan, was the Atty. Representing the debtor Shenaz GEORGILIS.
3. The case was assigned the index number14-75498.

4. On or about February 9 2015 , there was a 341 hearing , at the hearing room, and the Islip bankruptcy courthouse of the above case.

5. I Steven GEORGILIS appeared as a creditor at the 341 .hearing.

6. The hearing was conducted by the Robert L Pryor the chapter seven trustee, assigned to the case for the U.S. trustee.

7. Also present the hearing was the US   trustee Alfred Dimino, the debtor Shenaz GEORGILIS, along with an Atty from the office of Dennis J O'Sullivan.

8. There was also a representative for Corning Federal credit union, and an Atty. Representing VEHIFAX.

9. Both creditors of the estate of Shenaz GEORGILIS.

10.      I have the transcription of the hearing.

11.      I will not include this is an exhibit of this time

12.      I will however certify its contents in this complaint.

13.      It was at that hearing, that  I advised the U.S. trustee Alfred Dimino, that Mr. Prior's law firm, Prior  and Mandelup, had appeared, as attorneys representing, one of the creditors in the American made tires bankruptcy case.

14.      In that same  American made tires bankruptcy case, Shenaz GEORGILIS the debtor in this chapter seven case, had given a deed in lieu of foreclosure to Corning Federal credit union, as part of the proceedings .

15.      The hearing was adjourned by Mr. Pryor, but not before Mr. Pryor, stated  on the record, that  the 341 hearing would be continued, and I would be allowed to question the debtor Shenaz GEORGILIS.

16.      Robert L Pryor , was ordered to resign as the trustee  the case .

17.      Allan Mendelsohn was assigned as the trustee to bankruptcy case.

18.      Fred S. Kantrow, a partner in the firm the local offices of Avrum Rosen PLLC, appeared in all bankruptcy proceedings for the assigned trustee Mendelsohn.

19.      On or about April March or may 2015, I advised Allan B Mendelsohn , and correspondence that the estate of Shenaz GEORGILIS had claims against Corning Federal credit union and VEHIFAX Corp.

20.      Steven GEORGILIS was a creditor in the chapter seven case of Shenaz GEORGILIS.

11

21.     Steven GEORGILIS, had agreed to indemnify Shenaz GEORGILIS, for losses against Corning Federal credit union and VEHIFAX Corp.

22.     This was so ordered in a stipulation and order, in the matrimonial case, of Shenaz GEORGILIS vs. Steven GEORGILIS. Signed by the honorable Leslie Purification JSC. On or about the October 15, 2014.

23.     Upon information and belief ,The defendants, Mendelsohn, Kentrow, and Dennis J O'Sullivan, conspired, to deny Steven GEORGILIS as a creditor and  as an interested party having rights to insert claims against the creditors of the estate  in the chapter seven case of Shenaz GEORGILIS, the right to be heard in the chapter seven case.

24.     The defendants denied Steven Georgilis the right to bring an action against Corning and VEHIFAX, in this chapter seven case.  If

25.     All the  defendants,  except Dennis J O'Sullivan appeared before Judge Grossman and his courtroom on June 3rd 2015.

I  have  obtained a transcript of the court hearing that took place before Judge Grossman in this court.

He is an excerpt from this transcript.

12

<u>A P P E A R A N C E S</u>

2                                    JUNE 3, 2015

3

4    DAVID RASMUSSEN, Attorney for Corning (telephonically)
     Davidson Fink LLP
5    28 East Main Street
     Suite 1700
6    Rochester, NY  14614

7    FRED S. KANTROW
     The Law Offices of Avrum J. Rosen PLLC
8    38 New Street
     Huntington, NY  11743
9
     STEVE GEORGILIS, Interested Party
10   27-40 Hoyt Avenue South 6-D
     Astoria, NY  11102
11
     ALLAN MENDELSOHN, Chapter 7 Trustee
12   Allan B. Mendelsohn, LLP
     38 New Street
13   Huntington, NY  11743

14   ALFRED DIMINO, U.S. Trustee
     Office of the United States Trustee
15   Long Island Federal Courthouse
     560 Federal Plaza
16   Central Islip, NY  11722

17


1              MR. KANTROW:   Good morning, Your Honor.

2              The Trustee filed his opposition to the Notice of

3    Removal for exactly the reasons the, the Court has already

4    pointed out.

5              Mr. Georgilis, whether he's the current husband or not

6    of the Debtor, the Debtor chose this venue.   She resides in the

7    district.

8              I believe it's the wrong statute that he is seeking,

                                   13

9        probably an inter-transfer to Central, from Central Islip to

10       the Division of Brooklyn.

11               It's not a removal.  The case is already pending in

12       the Court.  It should be pending in the District Court for the

1    Eastern District of New York.

2           You can't remove to another District Court the

3    Bankruptcy Court being --

4           THE COURT:  Is he a Creditor in this case?

5           MR. KANTROW:  He is not a Creditor in this case.

6           Your Honor, my understanding of this --

7           MR. GEORGILIS:  I am, Your Honor.

8           THE COURT:  Sir, if you open your mouth and talk,

9    unless I ask you to, you're going to have a bigger problem than

10   you can imagine.  So just sit there.

15

I have come to understand that The Bankruptcy Court For The Eastern District Of New York, has  several  Atty. An Atty. Firms acting as trustees .

I have obtained, from the bankruptcy court's website for the pages listing the list of active trustees

**EXHIBIT A** OF THIS ALL THE  TRUSTEES FOR THE EASTERN DISTRICT OF NEW YORK BANKRUPTCY COURT.

ACTIVE CHAPTER SEVEN PANEL TRUSTEES

There are nine trustees listed  for the Brooklyn.

They are eight trustees lists for Central Islip.

If the Allan B. Mendelsohn is  named as a trustee for the Islip division.


There is also an active chapter 13 standing trustees

And they can be interchanged for Brooklyn and Central Islip.  But


I had requested through a motion in the notice of removal, to remove the chapter seven case from Central Islip to Brooklyn.

Allan B. Mendelsohn Fred S. Kantrow, and the law firm of Avrum Rosen , would be losing this case, to Brooklyn, and obviously this case contained a house that could be sold .

The trustee  his Atty. Kantrow  And  Atty. Firm of Avrun Rosen , would be gaining  substantial fees.

The auctioneers, and   the other  parties involved, would also get a carve out.

This case, to chapter seven case of  Shenaz GEORGILIS.  Was going to stay in Islip.


The defendants Mendelsohn Kentrow and the law offices of Avrum Rosen PLLC, violated the rights of Steven GEORGILIS by filing affidavits and pleadings in

bankruptcy court that were false and frivolous and violation of the bankruptcy code and of the Federal rules of civil procedure rule 11.

These occurrences took place, on or about march 2015, until on or about September 30, 2016.

Defendants Dennis J O'Sullivan, and the law offices of Dennis J O'Sullivan, violated the rights of Steven GEORGILIS by filing affidavits and pleadings in bankruptcy court that were false and frivolous and violation of the bankruptcy code and of the Federal rules of civil procedure rule 11.

These occurrences to place, on or about march 2015, until on or about September 30, 2016.

This case, was ordered, concluded, on September 30, 2016

I have obtained, the certified copy from the bankruptcy court that was sent to all the interested parties and creditors of this chapter seven case.

$EXh\ B$

My name is Steven GEORGILIS and my address appears on the list of creditors as mailed out by the United States bankruptcy court.

I as a result, of the court filings, made by the defendants, my rights have been violated,under 42 U.S. Code § 1985 (2) - Conspiracy to interfere with civil rights.

The relief sought.

I have suffered, and the estate of Shenaz GEORGILIS has suffered the loss of the real property , at 588 Helena drive Hempstead New York, at the present time this property would be worth 600,000 dollars

I and my family has suffered the loss of income from this house going forward, at 30,000 dollars per year for 30 years a loss of $900,000 in lost income.

I have suffered the loss of rights to pursue my claims against the creditors of the estate of Shenaz GEORGILIS,

17

I had claims  and the estate of Shenaz GEORGILIS  had against Corning amounting to more than $8,000,000 (eight million dollars),

I individually as well as the estate of Shenaz GEORGILIS, and claims, against VEHIFAX Corp., Amounting to more than6 ,000,000 ( six million dollars) .


I am entitled punitive, damages of $15,000,000 due to the heinous crimes  and conspiracy, committed against me by the chosen trustee Allan B. Mendelsohn and the attorneys representing him in bankruptcy court.

I have lost , three years of my life prosecuting this set  of miscreant attorneys, who  having taken an oath  to follow in the Law ,In this case the Federal rules of civil procedure  rule 11 and the laws under 11 USC the bankruptcy code, ,filed more then 15, briefs , in the courtroom of judge Grossman and attested in this briefs , that they well telling the truth under the penalties of perjury,